IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JAMIE LAWSON, Individually and on
Behalf of All Others Similarly Situated                                    PLAINTIFF

V.                                          NO. 20-5137

TIMOTHY CORDER, JAMES CORDER,
AND GARY CORDER                                                            DEFENDANTS

## RULE 68 OFFER OF JUDGMENT

Defendants Timothy Corder, James Corder, and Gary Corder, pursuant to F.R.Civ.P. 68, make this Offer of Judgment ("Offer") to allow judgment to be taken against them, jointly and severally, for the sum of Ten Thousand Dollars ($10,000.00) in full satisfaction of all claims by Plaintiff Jamie Lawson, inclusive of all court costs and attorney's fees accrued to date. If within 14 days after service of this Offer, Plaintiff Jamie Lawson serves notice that the Offer is accepted, then either Plaintiff Jamie Lawson or the Defendants may file this Offer along with proof of service and notice of its acceptance with the Court and allow Judgment to be entered accordingly.

If this Offer is not accepted within 14 days after it is served, then it shall be deemed withdrawn and evidence of this Offer is not admissible except in a proceeding to determine costs. If the Judgment finally obtained by Plaintiff Jamie Lawson, exclusive of interest from the date of the Offer, is not more favorable than the Offer, then Plaintiff Jamie Lawson must pay the costs incurred after the date this Offer is made.

TIMOTHY CORDER, JAMES CORDER, AND
GARY CORDER, DEFENDANTS

By:

/s/ *Stephen Lee Wood.*

Stephen Lee Wood (81170)
Stephen Lee Wood, P.A.
110 South 2d Street
Rogers, AR 72756
479-631-0808
479-631-1711 (facsimile)
slwpa@sbcglobal.net

CERTIFICATE OF SERVICE

I certify that on this 09 November 2020, I served this Rule 68 Offer of Judgment by electronic transmission and by first-class mail upon the following:

Mr. Daniel Ford
Sanford Law Firm, PLLC
650 S. Shackleford, Suite 411
Little Rock, AR 72211
daniel@sanfordlawfirm.com

Mr. Josh Sanford
Sanford Law Firm, PLLC
650 S. Shackleford, Suite 411
Little Rock, AR 72211
josh@sanfordlawfirm.com

/s/ *Stephen Lee Wood.*

Stephen Lee Wood

Corder – Offer of Judgment/slw3/2077