UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JAMIE LAWSON, Individually and on
behalf of all others similarly situated                                                              PLAINTIFF

v.                                              No. 5:20-CV-05137

TIMOTHY CORDER; JAMES CORDER;
and GARY CORDER                                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the notice of acceptance (Doc. 10) and offer of judgment (Doc. 10-1) filed in this case on November 13, 2020, judgment is entered in favor of Plaintiff Jamie Lawson on her complaint against Defendants, jointly and severally, in the amount of $10,000, inclusive of court costs and attorney's fees. Interest shall accrue on this judgment at the rate of 0.09% per annum from the date of entry until the judgment is satisfied.

IT IS SO ADJUDGED this 3rd day of February, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE